433 A.2d 124

Commonwealth v. Boring a/k/a McCurdy a/k/a Dunson, Appellant.

Submitted November 16, 1979. Paul D. Boas, for appellant; Charles W. Johns, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and MONTGOMERY and LIPEZ, JJ.

Judgment of sentence affirmed.

433 A.2d 124

Commonwealth v. Brown, Appellant.

Petition for Allowance of Appeal Denied June 30, 1981.

Submitted November 14, 1980. John H. Corbett, Jr., for appellant; Kathryn L. Simpson, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and SHERTZ and WIEAND, JJ.

Judgment of sentence is affirmed.